UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LAURI A. FERRARI,<br><br>     Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br><br>     Defendant. | Case No. CV-16-81-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED: Ms. Ferrari's Motion for Summary Judgment is DENIED. The Commissioner's Motion for Summary Judgment is GRANTED.

  Dated this 17th day of August, 2017.

            TYLER P. GILMAN, CLERK

            By: /s/ Megan Stewart
            Megan Stewart, Deputy Clerk